NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MATTHEW O'BRIEN (Cal. Bar No. 261568)
DIANA KWOK (Cal. Bar No. 246366)
Assistant United States Attorneys
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6529
    Facsimile: (213) 894-0141
    E-mail: diana.kwok@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of the premises known as:<br><br>Atlas Bulk, Inc.,<br>1788A Lirio Street<br>Saticoy, California | No. 96-1399-M<br><br>GOVERNMENT'S EX PARTE APPLICATION TO UNSEAL DOCUMENTS |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Matthew O'Brien and Diana Kwok, hereby applies ex parte for an order directing that the search warrant and affidavit in support thereof in the above-titled case, together with the ex parte application for sealing, memorandum of points and authorities, accompanying declaration, and sealing order, be unsealed.

///

The circumstances necessitating sealing of these documents no longer exist, as the search warrant has already been executed, and the resulting investigation has concluded.

Dated: August 22, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
DIANA KWOK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA